United States District Court

Eastern District of California

Ryan Russell Burgess,

    Petitioner,                              No. Civ. S 04-2222 GEB PAN P

  vs.                                          Order

State of California,

    Respondents.

-oOo-

April 29, 2005, petitioner requested an extension of time to file and serve a reply to respondent's answer.  Good cause appearing, petitioner's request is granted and time is extended until 30 days from the date this order is signed.

So ordered.

Dated:  May 12, 2005.

                                      /s/ Peter A. Nowinski
                                      PETER A. NOWINSKI
                                      Magistrate Judge